# Rachlis Duff & Peel, LLC

542 SOUTH DEARBORN STREET
SUITE 900
CHICAGO, ILLINOIS 60605

Michael Rachlis
(312) 733-3955
mrachlis@rdaplaw.net

(312) 733-3950
FACSIMILE (312) 733-3952

*www.rdaplaw.net*

May 9, 2025

**Via ECF**

United States Court of Appeals for the Seventh Circuit
Clerk of the Court of Appeals
219 S. Dearborn St., Room 2722
Chicago, IL 60604

    Re:    *SEC, et al., v. Shatar Capital Partners*; Case No. 24-2254
             **Letter of Unavailability for Oral Argument**

Clerk of the Court:

    I am counsel for Appellee Kevin B. Duff, Receiver in the above-referenced matter. Pursuant to Circuit Rule 34(b)(3), please be advised that I am unavailable for oral argument on the following dates during the moths of June-October 2025:

- June 3-4;
- July 8-9;
- August 5;
- September 22-26;
- October 1, 30-31.

    I appreciate this Court's consideration to avoid scheduling the oral argument on the aforementioned dates. If you have any concerns or questions, please contact me.

                                                   Very truly yours,

                                                   Michael Rachlis